**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
CHANTAL SMITH,

                Plaintiff,                22 **CIVIL** 5231 (VB)

    -against-                **JUDGMENT**

ST. JOSEPH'S MEDICAL CENTER and
MARGARET CUSUMANO,

                Defendant.
------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 7, 2024, The motion for summary judgment is GRANTED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Accordingly, the case is closed.

**Dated:** New York, New York

    May 7, 2024

                                          **RUBY J. KRAJICK**
                                            **Clerk of Court**

                        **BY:**
                                            **Deputy Clerk**